1  JAMES M. WAGSTAFFE (95535)
   JACQUELINE SCOTT CORLEY (173752)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   KATE E. BLOCH
6

7             UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10 KEVIN C. McMUNIGAL,                  Case No. 10-CV-2765 PVT

11        Plaintiff,                   **STIPULATION (1) TO CONTINUE
                                       HEARING ON DEFENDANT'S
12        vs.                          MOTION TO DIMISS, (2) TO EXTEND
                                       MEDIATION DEADLINE, AND (3) TO
13 KATE E. BLOCH,                      CONTINUE CASE MANAGEMENT**

14        Defendant.

1  WHEREAS on September 21, 2010, Defendant filed a Motion to Dismiss the entire Complaint and noticed the motion for hearing on November 2, 2010 at 9:00 a.m and Plaintiff has asked that the hearing on the Motion to Dismiss be continued;

4  WHEREAS the initial Case Management Conference is scheduled for October 26, 2010 at 2:30 p.m. and Plaintiff's counsel is unavailable on that date and the parties believe it is in the interests of justice to hold the Case Management Conference after a ruling on the pending Motion to Dismiss; and

8  WHEREAS the deadline to complete mediation through the Court's ADR Program is November 24, 2010, but due to the parties' teaching obligations such deadline is difficult to meet, and the parties and the Court-appointed mediator have agreed to mediate the case on December 10, 2010;

12  The parties stipulate and agree to the following:

13  1.  The hearing on Defendant's motion to dismiss is continued to December 20, 2010 at 9:00 a.m.  Plaintiff shall file and serve his opposition on or before October 29, 2010 and Defendant shall file and serve her reply on or before November 19, 2010;

16  2.  The deadline to complete mediation is continued from November 24, 2010 to December 10, 2010;

18  3.  The initial Case Management Conference shall be held after a ruling on the pending Motion to Dismiss; accordingly, it is continued to January 28, 2011.

DATED: October 7, 2010            **LAW OFFICES OF MATTHEW B. PAVONE**

                                  By  s/Matthew B. Pavone
                                  MATTHEW B. PAVONE
                                  Attorneys for Plaintiff
                                  KEVIN C. McMUNIGAL

DATED: October 7, 2010            **KERR & WAGSTAFFE LLP**

                                  By  s/Jacqueline Scott Corley
                                  JACQUELINE SCOTT CORLEY
                                  Attorneys for Defendant
                                  KATE E. BLOCH

1    IT IS SO ORDERED.

2                                                          *[signature: Susan Illston]*

3  DATED: _____, 2010       _____
                                       THE HONORABLE SUSAN ILLSTON
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS on September 21, 2010, Defendant filed a Motion to Dismiss the entire Complaint and noticed the motion for hearing on November 2, 2010 at 9:00 a.m and Plaintiff has asked that the hearing on the Motion to Dismiss be continued;

WHEREAS the initial Case Management Conference is scheduled for October 26, 2010 at 2:30 p.m. and Plaintiff's counsel is unavailable on that date and the parties believe it is in the interests of justice to hold the Case Management Conference after a ruling on the pending Motion to Dismiss; and

WHEREAS the deadline to complete mediation through the Court's ADR Program is November 24, 2010, but due to the parties' teaching obligations such deadline is difficult to meet, and the parties and the Court-appointed mediator have agreed to mediate the case on December 10, 2010;

The parties stipulate and agree to the following:

1. The hearing on Defendant's motion to dismiss is continued to December 20, 2010 at 9:00 a.m. Plaintiff shall file and serve his opposition on or before October 29, 2010 and Defendant shall file and serve her reply on or before November 19, 2010;

2. The deadline to complete mediation is continued from November 24, 2010 to December 10, 2010;

3. The initial Case Management Conference shall be held after a ruling on the pending Motion to Dismiss; accordingly, it is continued to January 28, 2011.

DATED: October 7, 2010          LAW OFFICES OF MATTHEW B. PAVONE

By /s/ Matthew B. Pavone
MATTHEW B. PAVONE
Attorneys for Plaintiff
KEVIN C. McMUNIGAL

DATED: October 7, 2010          KERR & WAGSTAFFE LLP

By /s/ Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
Attorneys for Defendant
KATE E. BLOCH

---

Case No. 10-CV-2765 PVT                     1                     STIPULATION FOR EXTENSION OF TIME