**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN C. McMUNIGAL,                                      No. C 10-02765 SI

      Plaintiff,                                                    **JUDGMENT**

  v.

KATE E. BLOCH,

      Defendant.
                                         /

Plaintiff's complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 23, 2010

                                                              SUSAN ILLSTON
                                                              United States District Judge