1  JAMES M. WAGSTAFFE (95535)
   JACQUELINE SCOTT CORLEY (173752)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   KATE E. BLOCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN C. McMUNIGAL,<br><br>     Plaintiff,<br><br>     vs.<br><br>KATE E. BLOCH,<br><br>     Defendant. | Case No. 10-CV-2765 PVT<br><br>**STIPULATION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FEES** |

On December 23, 2010, the Court granted Defendant's Motion to Dismiss and entered judgment in favor of Defendant. Pursuant to Federal Rule of Civil Procedure 54(2)(d)(B) Defendant is required to file her motion for attorney's fees, if any, within 14 days of the judgment. In light of the intervening holidays, the parties have been unable to meet and confer regarding the judgment and to determine if there is a way to resolve this case without any further involvement of this Court or the Court of Appeals.

Accordingly, the parties hereby stipulate and agree that Defendant shall have until January 28, 2011 to file her motion for attorney's fees, if any.

DATED: January 5, 2011         **LAW OFFICES OF MATTHEW B. PAVONE**

                                By   s/ _____
                                    MATTHEW B. PAVONE
                                    Attorneys for Plaintiff
                                    KEVIN C. McMUNIGAL

DATED: January 5, 2011         **KERR & WAGSTAFFE LLP**

                                By   s/ _____
                                    JACQUELINE SCOTT CORLEY
                                    Attorneys for Defendant
                                    KATE E. BLOCH

IT IS SO ORDERED.

DATED: _____, 2011    _____
                                THE HONORABLE SUSAN ILLSTON

On December 23, 2010, the Court granted Defendant's Motion to Dismiss in its entirety and entered judgment in favor of Defendant. Pursuant to Federal Rule of Civil Procedure 54(2)(d)(B) Defendant is required to file her motion for attorney's fees, if any, within 14 days of the judgment. In light of the intervening holidays, the parties have been unable to meet and confer regarding the judgment and to determine if there is a way to resolve this case without any further involvement of this Court or the Court of Appeals.

Accordingly, the parties hereby stipulate and agree that Defendant shall have until January 28, 2011 to file her motion for attorney's fees, if any.

DATED: January 5?, 2011                    **LAW OFFICES OF MATTHEW B. PAVONE**

                                            By /s/ Matthew B. Pavone
                                            MATTHEW B. PAVONE
                                            Attorneys for Plaintiff
                                            KEVIN C. McMUNIGAL

DATED: January___, 2011                    **KERR & WAGSTAFFE LLP**

                                            By _____
                                            JACQUELINE SCOTT CORLEY
                                            Attorneys for Defendant
                                            KATE E. BLOCH

IT IS SO ORDERED.

DATED: _____, 2011                _____
                                            THE HONORABLE SUSAN ILLSTON

---

Case No. 10-CV-2765 PVT                1                STIPULATION FOR EXTENSION OF TIME